# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | AMZ |
| Violation Number | 7084709 |
| Officer Name (Print) | Turnage |
| Officer No. | T4020 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | State Code |
|---|---|---|
| 04/01/2019 1101 | 32-5A-137 | ☒ State Code |

Place of Offense: Guthrie Field

Offense Description: Factual Basis for Charge

Parking on a seeded area
2LT / D co 1-145th

**DEFENDANT INFORMATION**

Last Name: Sheetz
First Name: Kraig
M.I.: E

Tag No: 3144BB5
State: AL
Year: 16
Make/Model: Mazda/CX3
Color: White

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$30 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $60 Total Collateral Due

**YOUR COURT DATE**
Court Address: TBD
Date: TBD
Time: TBD

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01 April, 20 19 while exercising my duties as a law enforcement officer in the Middle District of Alabama

Myself and SGT Bosten were dispatched to Guthrie Field for individuals parked in prohibited [area]. Upon arrival this individual was parked on a seeded area.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/01/2019

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident